## SHAWN NEWSOME *v.* COMMISSIONER OF CORRECTION

The petitioner Shawn Newsome's petition for certification for appeal from the Appellate Court, 64 Conn. App. 904 (AC 20915), is denied.

*Raymond J. Rigat*, special public defender, in support of the petition.

*Frederick W. Fawcett*, supervisory assistant state's attorney, in opposition.

Decided September 20, 2001

## SHIRLEY WILLIAMS *v.* KRISTINE D. RAGAGLIA, COMMISSIONER OF CHILDREN AND FAMILIES

The defendant's petition for certification for appeal from the Appellate Court, 64 Conn. App. 171 (AC 21158), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that this administrative appeal regarding the revocation of the plaintiff's special study foster care license was not moot?"

The Supreme Court docket number is SC 16587.

*Stephen G. Vitelli*, assistant attorney general, in support of the petition.

Decided September 20, 2001